## United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 17 2005

DAVID J. MALAND, CLERK
BY
```

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §  CASE NO. 4:04cr185(15) |
| | §  (Judge Schell) |
| ANGELA MICHELLE CORNETT | § |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY ON COUNT ONE OF THE INDICTMENT

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Don D. Bush regarding Defendant's plea of guilty to Count One of the Indictment in the above-numbered cause. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the plea agreement and the guilty plea of the Defendant. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed May 9, 2005, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the Court finds Defendant GUILTY on Count One of the Indictment in the above-numbered cause.

**SIGNED** this 17th day of May, 2005.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE